IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| WILLIAM FREDERICK COLEMAN | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | NO. 3-06-CV-1507-D |
| | § | |
| NATHANIEL QUARTERMAN, Director | § | Consolidated With: |
| Texas Department of Criminal Justice, | § | No. 3-06-CV-1508-D |
| Correctional Institutions Division | § | |
| | § | |
| Respondent. | § | |

## ORDER

After conducting a review of the pleadings, files, and records in this case, and the findings and recommendation of the United States Magistrate Judge in accordance with 28 U.S.C. § 636(b)(1), I am of the opinion that the findings and recommendation of the magistrate judge are correct, and they are hereby accepted as the findings of the court.

**SO ORDERED**.

December 20, 2006.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE